UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICHARD WHALEN,                          )
                                         )
                 Plaintiff,              )
                                         )          Civil Action No.02-1454 (RJL)
         v.                              )
                                         )
U.S. MARINE CORPS, *et al.,*             )
                                         )
                 Defendant.              )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this **31** day of

March, 2005, it is hereby

**ORDERED** that the defendant's Motion for Summary Judgment (#43) is

GRANTED, and the plaintiff's Cross-Motion for Summary Judgemtn (#59) os DENIED,

and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is

dismissed with prejudice.

**SO ORDERED.**



RICHARD J. LEON
United States District Judge